# United States District Court
## for the Northern District of Oklahoma

Case No. 26-cr-288-JDR

UNITED STATES,

*Plaintiff*,

*versus*

TOAN CHU,

*Defendant*.

## OPINION AND ORDER

The Government moves in limine asking for a pretrial determination that 10549 N. 121st Street, Owasso, Oklahoma, is within the boundaries of the Cherokee Nation. Dkt. 16. Defendant, Toan Chu, opposes the motion. *Id.* A "district court can find, as a matter of law, a geographic area or particular location is Indian Country, and then instruct the jury to determine factually whether the offense occurred there." *United States v. Roberts*, 185 F.3d 1125, 1139-40 (10th Cir. 1999). The party seeking to invoke the jurisdiction of a federal court must demonstrate by a preponderance of the evidence that the case is within the Court's jurisdiction. *United States v. Bustillos*, 31 F.3d 931, 933 (10th Cir. 1994).

Here, the Government submits for the Court's review a map of the Cherokee Nation, showing that 10549 N. 121st Street, Owasso, Oklahoma, is within the Nation's boundaries. Cherokee Nation Boundary Map (last accessed October 10, 2026), https://experience.arcgis.com/experience/52f26d706e1c4eb1beae5906147810bd?or.

The Court finds the proffered evidence sufficient to demonstrate by a preponderance of the evidence that the location of the charged events is within Indian Country. A jury, however, will determine the factual question of whether anything of a criminal nature occurred at the address.

DATED this 8th day of October 2026.

JOHN D. RUSSELL
*United States District Judge*